In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of EDMUND J. A. WILLIAMS, an Attorney and Counselor at Law.— Proceeding dismissed on consent. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

VINCENT J. MARTIN, Appellant, v. CLARENCE B. INGRAM, Respondent. VINCENT J. MARTIN, as Administrator, etc., of FRANCES K. MARTIN, Deceased, Appellant, v. CLARENCE B. INGRAM, Respondent. MARIAN MARTIN, an Infant, by VINCENT J. MARTIN, Her Guardian ad Litem, Appellant, v. CLARENCE B. INGRAM, Respondent.— Motions for reargument denied, with one bill of ten dollars costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

PHILIP H. PRATT, Appellant, v. DWIGHT FISKE and Others, Respondents. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

RUPERSAM REALTY CORPORATION, Appellant, v. LARPEG REALTY CORPORATION and Others, Defendants; VILLAGE OF MAMARONECK, WESTCHESTER JOINT WATER WORKS No. 1, Respondents.— Motion to open default in pleading granted, without costs, with leave to the defendants to serve their amended answers within ten days from the determination hereof, on condition that a stipulation be filed withdrawing the appeal heretofore taken to the Court of Appeals. [See 253 App. Div. 695.] Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

GEORGE L. ALBERT, Appellant, v. JEROME FISKE COLLINS, Respondent.— In an action to recover damages for fraud and deceit the verdict was for the defendant. The plaintiff moved at Special Term to set aside the verdict on the ground of irregularities and misconduct of jurors in respect to the rendering and entry of a sealed verdict. Order denying motion to set aside the verdict affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

RICHARD U. BASHOR and Others, Individually and as Copartners Doing Business under the Name and Style of MEDIA RESEARCH BUREAU, Respondents, v. THE READER'S DIGEST ASSOCIATION, INC., Appellant.— Order, in so far as it denies defendant's motion for examination of the plaintiffs as adverse parties before trial, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

WILLIAM CHADBURN, Respondent, v. K. INDUSTRIAL CORPORATION, Appellant.— Plaintiff sued to recover for personal injuries as a result of an automobile collision. In a prior action plaintiff's employer sued for property damage resulting from the same accident, and judgment was entered in favor of defendant. The judgment in the prior action has been pleaded as a bar to this action. Order denying defendant's motion for judgment on the pleadings under rule 112 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. (Haverhill v. International Railway Co., 217 App. Div. 521; affd., 244 N. Y. 582; Good Health Dairy Products Corp. v. Emery, 275 id. 14.) Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.